IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN CHARLES SETTER,** | : | |
| Petitioner | : | No. 1:24-cv-01227 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN D. CHRISTENSON,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 4th day of June 2025, upon consideration of pro se Petitioner Stephen Charles Setter's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), application for leave to proceed in forma pauperis ("IFP Application") (Doc. No. 10), certified prisoner trust fund account statement (Doc. No. 11), and motion for interrogatories (Doc. No. 12), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 10) is **GRANTED**;

2. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DEEMED FILED**;

3. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Petitioner, see R. 4, 28 U.S.C. foll. § 2254;

5. The motion for interrogatories (Doc. No. 12) is **DENIED AS MOOT**; and

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania